**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Maxwell Hare,

                Petitioner,

    -against-                           22 **CIVIL** 3190 (CM)(KHP)

                                                  **JUDGMENT**

Mark Rockwood, Superintendent of Gouverneur
Correctional Facility,

                Respondent.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memo Endorsed Order dated September 18, 2023, no objections have been

filed. The Court has adopted the Report as its opinion. The Petition is DENIED. As the petition

presents no issue of constitutional substance no certificate of appealability shall issue. Any

appeal will not be taken in good faith; accordingly, the case is closed.

**Dated:**  New York, New York

        September 18, 2023

                                    **RUBY J. KRAJICK**

                                        **Clerk of Court**

                **BY:**       K. mango

                                        **Deputy Clerk**